Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED
MAY 2 2016
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

16 CV 343

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

A.  **Full Name And Prisoner Number of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Daryl Goodwin #226223
2. _____

-vs-

B.  **Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. City of Rochester
2. Inv. Wilfredo Carbonel
3. Greece Police, Brandon Goater
4. Town of Greece
5. _____
6. _____

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Daryl Goodwin #226223
Present Place of Confinement & Address: 130 S. plymouth ave, Rochester NY, 14614

Name and Prisoner Number of Plaintiff: _____
Present Place of Confinement & Address: _____

DEFENDANT'S INFORMATION NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Wilfredo Carbonel
(If applicable) Official Position of Defendant: Rochester Investigator Police Dept.
(If applicable) Defendant is Sued in __X__ Individual and/or __X__ Official Capacity
Address of Defendant: 185 Exchange blvd. Roch. N.Y. 14614

Name of Defendant: Brandon Goater
(If applicable) Official Position of Defendant: Greece Police Officer
(If applicable) Defendant is Sued in __X__ Individual and/or __X__ Official Capacity
Address of Defendant: 400 Island cottage rd. Greece, N.Y. 14612

Name of Defendant: City of Rochester
(If applicable) Official Position of Defendant: _____
(If applicable) Defendant is Sued in __X__ Individual and/or __X__ Official Capacity
Address of Defendant: 30 Church st. City Hall Rochester New York 14614

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
Yes____ No__X__

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket or Index Number: _____
4. Name of Judge to whom case was assigned: _____

2

Name of Defendant: Town of Greece
Official Position of Defendant:
Defendant is sued in X individual and/or X official Capacity
Address to Defendant: 1 Vince Tofany Blvd. Greece, N.Y. 14612

5.     The approximate date the action was filed:_____

6.     What was the disposition of the case?

        Is it still pending? Yes____ No____

            If not, give the approximate date it was resolved._____

        Disposition (check the statements which apply):

        ____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

            ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

            ____ By court for failure to exhaust administrative remedies;

            ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

            ____ By court due to your voluntary withdrawal of claim;

        ____ <u>Judgment</u> upon motion or after trial entered for

            ____ plaintiff

            ____ defendant.

B.     Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

        Yes____ No_X_

<u>If Yes, complete the next section</u>. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1.     Name(s) of the parties to this other lawsuit:

        Plaintiff(s):_____

        _____

        Defendant(s):_____

        _____

2.     District Court:_____

3.     Docket Number:_____

4.     Name of District or Magistrate Judge to whom case was assigned:_____

_____

5.     The approximate date the action was filed:_____

6.     What was the disposition of the case?

        Is it still pending? Yes____ No____

            If not, give the approximate date it was resolved._____

Disposition (check the statements which apply):

____ Dismissed (check the box which indicates why it was dismissed):

    ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ____ By court for failure to exhaust administrative remedies;

    ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ____ By court due to your voluntary withdrawal of claim;

____ Judgment upon motion or after trial entered for

    ____ plaintiff

    ____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

A. **FIRST CLAIM:** On (date of the incident) ON November 30, 2015,
defendant (give the **name and position held** of **each defendant** involved in this incident) Investigator Wilfredo ~~Bennet~~ Carbonel
Greece Police ofc. Brandon Gooter
did the following to me (briefly state what each defendant named above did): Unlawfully and illegally Monitered and Surveillance the Plaintiff Apt, car and person without proper Authorization and or warrant. The Officers falsified police reports and falsely accused the Plaintiff of a crime I didn't commit. Which led the Plaintiff to be falsely accused and arrested.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Violation U.S const. 4th Amend right, Article I, Section 12 of N.Y Constitution, Malicious Prosecution, False Arrest, Due process, Equal protection
The relief I am seeking for this claim is (briefly state the relief sought): Compensatory damages Punitive damages, Injunctive relief

### Exhaustion of Your Administrative Remedies for this Claim:
Did you grieve or appeal this claim?  _X_ Yes  ___ No   If yes, what was the result? still pending

Did you appeal that decision?  ___ Yes  _X_ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*
If you did not exhaust your administrative remedies, state why you did not do so: still pending

A. **SECOND CLAIM:** On (date of the incident) Dec. 3, 2015,
defendant (give the **name and position held** of **each defendant** involved in this incident) Investigator Wilfredo Carbonel and Greece Police ofc. Brandon Gooter

5

did the following to me (briefly state what each defendant named above did): Unlawfully and illegally monitored and Surveillance the plaintiff Apt., Car and person without proper Authorization and or warrant, The officers falsified police reports and falsely accused the Plaintiff of a crime I did not commit, which led to the plaintiff to be falsely accused and arrested

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Violation U.S. const. 4th Amend right, Article I, Section 12 of N.Y. const., Malicious Prosecution, False arrest, Due process, Equal protection

The relief I am seeking for this claim is (briefly state the relief sought): Compensatory damages, punitive damages, Injunctive relief

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? __X__ Yes ____ No  If yes, what was the result? still pending

Did you appeal that decision? ____ Yes ____ No  If yes, what was the result? ____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: ____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Compensatory and punitive Damages in the sum of 10,000,000 And Injuctive relief

Do you want a jury trial? Yes __X__ No ____

6

Third Claim: On November 30, 2015 and Dec. 3, 2015, The defendant, City of Rochester did fail to adequately train, supervise, and or discipline its employees resulting in my rights being violated. This is a repeated offense of violative unconstitutional behavior by the City of Rochester's Employees (Rochester Police Dept.).

The constitutional basis for this claim under U.S.C § 1983 is: Violation U.S. const. 4th amend. right, Article I, Section 12 of New York const. Malicious prosecution, False Arrest, Due Process, Equal protection
The relief I am seeking for this claim is Compensatory damages Punitive damages, Injunctive relief

Exhaustion of Your Administrative Remedies for this claim: Did you grieve or appeal this claim? yes still pending

Fourth Claim: On November 30, 2015 and Dec. 3, 2015
The defendant, Town of Greece did fail to adequately train, supervise and or discipline it's employees result in my rights being violated.

The constitutional basis for this claim under U.S.C §1983 is: Violation of my U.S. const. 4th amend. right, Article I, Section 12 of N.Y. const. Malicious prosecution, False Arrest, Due Process, Equal protection

Exhaustion of Your Administrative Remedies for this claim: Did you grieve or appeal this claim? yes still pending

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4/24/16_____
                (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

*[signature: Darryl Goodwin]*

                Signature(s) of Plaintiff(s)

